Date:  09/27/10                                                                                                      Page: 1

### DIVIDENDS REMITTED TO THE COURT
Check Number 117 Dated 09/27/10
Case Number 09-31361 - SANCHEZ, MATTHEW E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|----------|-----------|----------------|-------------|
| **PayPal Inc** | **000013** | **187.08** | **2.93** |
| **PO Box 45950** | | | |
| **Omaha, NE 68145-0950** | | | |
| FINAL DISTRIBUTION | | | |
| 6741 | | | |
| ---------- Remittance Total ---------- | | 187.08 | 2.93 |

John A. Hedback, Trustee

COURT1                                                  Printed: 09/27/10 12:43 PM    Ver: 15.20